Oscar H. Sippel, appellee, v. Chicago City Railway Company, appellant. Gen. No. 24,274.

Action to recover damages for injury to a pedestrian by a street car moving over tracks laid across a sidewalk. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in this court at the March term, 1918. Reversed and remanded. Opinion filed November 11, 1918.

Busby, Weber & Miller, Warner H. Robinson and Arthur J. Donovan, for appellant; John R. Guilliams, of counsel. Daniel S. Wentworth and David B. Maloney, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

John A. Abel and Edward C. Abel, trading as Abel Brothers & Company, appellees, v. George M. Poe, trading as George M. Poe & Company, appellant. Gen. No. 23,896.

Trover to recover value of jewelry pawned by person to whom it was sent on memorandum. Judgment for plaintiffs. (See 199 Ill. App. 391, for prior appeal.) Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed November 11, 1918.

Leslie H. Whipp, for appellant. Franklin N. Wood and E. C. Tourje, for appellees.

Mr. Justice Holdom delivered the opinion of the court.

---

Michael Gorman, administrator of the estate of Margaret Gorman, deceased, appellee, v. Chicago Railways Company, appellant. Gen. No. 24,228.

Action to recover for death of pedestrian struck by street car at boulevard intersection. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Marcus A. Kavanagh, Judge, presiding. Heard in this court at the March term, 1918. Reversed and remanded. Opinion filed November 11, 1918.

Joseph Ryan and Charles Le Roy Brown, for appellant; John R. Guilliams, of counsel. Brundage, Gorman & Brooks, Leon A. Berezniak and Rankin, Dittus & Lesemann, for appellee; Ode L. Rankin, of counsel.

Mr. Justice Holdom delivered the opinion of the court.